# ELECTRONIC RECORD

*1324·15*

COA # 06-15-00115-CR          OFFENSE: NON-APPEALABLE ORDER

STYLE: VANHALST, DUSTIN LYNN          COUNTY: Rusk

COA DISPOSITION:     DISMJR          TRIAL COURT: 4th District Court

DATE: 08/26/2015          Publish: NO   TC CASE #:     CR15-038

## IN THE COURT OF CRIMINAL APPEALS

STYLE:     VANHALST, DUSTIN LYNN v.          CCA #:     *1324·15*

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:     _____

DISMISSED AS UNTIMELY          JUDGE:     _____

DATE: _____10/14/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____